UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

                Petitioner,

– against –

KING HOIST & SCAFFOLDING, INC.,

                Respondent.

**ORDER**

18 Civ. 2858 (ER)

Ramos, D.J.:

    The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   April 6, 2020
            New York, New York

                                              Edgardo Ramos, U.S.D.J.