UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Plaintiff,

– against –

KING HOIST & SCAFFOLDING, INC.,

                Defendant.

**ORDER**

18 Civ. 2858 (ER)

Ramos, D.J.:

The parties are hereby ORDERED to file a joint status report by October 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:  September 1, 2020
           New York, New York

                                          Edgardo Ramos, U.S.D.J.