UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Petitioner                                  18 **CIVIL** 2858 (ER)

       -against-                                      **JUDGMENT**

KING HOIST & SCAFFOLDING, INC.,

                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2021, the petition is granted and the arbitration award is confirmed. Judgment is entered in favor of Petitioners in the amount of $20,614.92. King Hoist is also directed to pay $1,000 to the Arbitrator as its contractual half of the Arbitrator fee. This Judgment shall accrue post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           September 29, 2021

                                                            RUBY J. KRAJICK
                                                            Clerk of Court
                                   BY:
                                                             Deputy Clerk